AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| RAW STORY MEDIA, INC., et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-01514 |
| OPENAI, INC., et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Raw Story Media, Inc. and AlterNet Media, Inc.

Date:   02/28/2024

/s/ Stephen Stich Match
*Attorney's signature*

Stephen Stich Match, Bar No. 5567854
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

match@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*