**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., | Civil Action No. 1:24-cv-1514 |
| Plaintiffs, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs certify that they have no parent corporation and that no publicly held corporation owns 10 percent or more of their stock.

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jonathan Loevy*
Michael Kanovitz*
Lauren Carbajal*
Stephen Stich Match (No. 5567854)
Matthew Topic*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

*pro hac vice forthcoming

February 28, 2024