

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *LAUREN JACQUELINE CARBAJAL*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that LAUREN JACQUELINE CARBAJAL, **#336485**, was on the **3rd** day of **February 2021** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 6th day of March 2024.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Lauren Sugai, Assistant Deputy Clerk