UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
RAW STORY MEDIA, INC., ALTERNET  :
MEDIA, INC.,                     :   NO. 1:24-cv-01514-CM
                                 :
        Plaintiffs,               :
                                 :
            v.                    :
                                 :
OPENAI, INC., OPENAI GP, LLC,    :
OPENAI, LLC, OPENAI OPCO LLC,    :
OPENAI GLOBAL LLC, OAI           :
CORPORATION, LLC, OPENAI         :
HOLDINGS, LLC,                   :
                                 :
        Defendants.               :
                                 X
----------------------------------------------------------

### ORDER GRANTING ADMISSION OF VERA RANIERI *PRO HAC VICE*

The motion of Vera Ranieri for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

Vera Ranieri
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
vranieri@mofo.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-entitled action:

sf-5840698

-2-

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
UNITED STATES DISTRICT JUDGE