UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br>　　　　　　　　　　　　Defendants. | Case No. 1:24-cv-01514-CM-OTW<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

　　　　　　　　　　　　　　　　Allison L. Stillman
　　　　　　　　　　　　　　　　Latham & Watkins LLP
　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　　　　　　　　　Email: alli.stillman@lw.com

　　　　　　　　　　　　　　　　*[Signature on following page]*

2

Dated: March 19, 2024
       New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Allison L. Stillman
Allison L. Stillman
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: alli.stillman@lw.com

*Attorneys for OpenAI*