UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC.,<br>ALTERNET MEDIA, INC.,<br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br>　　　　　　　　　Defendants. | Case No. 1:24-cv-01514-CM-OTW<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

　　　　　　　　　　　　　　　　Joseph R. Wetzel
　　　　　　　　　　　　　　　　Latham & Watkins LLP
　　　　　　　　　　　　　　　　505 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　Telephone: (415) 391-0600
　　　　　　　　　　　　　　　　Facsimile: (415) 395-8095
　　　　　　　　　　　　　　　　Email: joe.wetzel@lw.com


　　　　　　　　　　　　　　*[Signature on following page]*

| | |
|---|---|
| Dated: March 21, 2024<br>San Francisco, CA | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Joseph R. Wetzel<br>Joseph R. Wetzel<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: joe.wetzel@lw.com<br><br>*Attorneys for OpenAI* |