**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br>                       Plaintiffs, <br><br>      v. <br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br>                       Defendants. | Case No. 1:24-cv-01514-CM-OTW <br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

                                         Luke A. Budiardjo
                                         Latham & Watkins LLP
                                         1271 Avenue of the Americas
                                         New York, New York 10020
                                         Telephone: (212) 906-1200
                                         Facsimile: (212) 751-4864
                                         Email: luke.budiardjo@lw.com


*[Signature on following page]*

Dated: March 21, 2024
       New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Luke A. Budiardjo</u>
Luke A. Budiardjo
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: luke.budiardjo@lw.com

*Attorneys for OpenAI*