UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-01514-CM <br><br><br> **MOTION FOR ADMISSION** <br> *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Matthew V. Topic hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs Raw Story Media, Inc. and AlterNet Media, Inc. in the above-captioned action.

I am a member in good standing of the Bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated:  March 21, 2024

                                                                           RESPECTFULLY SUBMITTED,

                                                                           */s/ Matthew V. Topic*

                                                                           Matthew Topic
                                                                           LOEVY & LOEVY
                                                                           311 North Aberdeen, 3rd Floor
                                                                           Chicago, IL 60607

312-243-5900
matt@loevy.com

*Attorneys for Plaintiffs*