

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JOSEPH CHARLES GRATZ

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JOSEPH CHARLES GRATZ #240676 was on the 13th day of December 2005 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of March 19th, 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk