**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-01514-CM <br><br><br> **DECLARATION OF MICHAEL KANOVITZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael Kanovitz, declare as follows:

1.    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I respectfully submit this Declaration in support of my motion for an Order for admission to practice *pro hac vice* to appear as counsel for Raw Story Media, Inc. and AlterNet Media, Inc. in the above-captioned action.

2.    I am a member in good standing of the bar of the State of Illinois.  Attached as Exhibit A is a true and correct copy of the Certificate of my Good Standing from the Supreme Court of Illinois.

3.    I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024

Chicago, Illinois

*/s/ Michael Kanovitz*

Michael Kanovitz