UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-01514-CM<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Michael Kanovitz for admission to appear *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois, and that his contact information is as follows:

> Michael Kanovitz
> LOEVY & LOEVY
> 311 N. Aberdeen Street, 3rd Floor
> Chicago, IL 60607
> Tel: (312) 243-5900
> Fax: (312) 243-5902
> mike@loevy.com

Michael Kanovitz, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Raw Story Media, Inc. and AlterNet Media, Inc. in the above entitled action:

**IT IS HEREBY ORDERED** that Michael Kanovitz is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

- 2 -

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____    _____
                                                                         United States District Court Judge