UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAW STORY MEDIA, INC.,
ALTERNET MEDIA, INC.,

    Plaintiffs,

v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC,

    Defendants.

Civil Action No. 1:24-cv-01514-CM

[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2024

    The motion of Michael Kanovitz for admission to appear *pro hac vice* in the above-captioned matter is granted.

    Applicant has declared that he is a member in good standing of the Bar of the State of Illinois, and that his contact information is as follows:

> Michael Kanovitz
> LOEVY & LOEVY
> 311 N. Aberdeen Street, 3rd Floor
> Chicago, IL 60607
> Tel: (312) 243-5900
> Fax: (312) 243-5902
> mike@loevy.com

    Michael Kanovitz, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Raw Story Media, Inc. and AlterNet Media, Inc. in the above entitled action:

    **IT IS HEREBY ORDERED** that Michael Kanovitz is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 3/25/2024

_____
United States District Court Judge