UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

RAW STORY MEDIA, INC., ALTERNET : NO. 1:24-cv-01514-CM
MEDIA, INC.. :
                                                         :
            Plaintiffs,                                  :
                                                         :
            v.                                           :
                                                         :
OPENAI, INC., OPENAI GP, LLC,                            :
OPENAI, LLC, OPENAI OPCO LLC,                            :
OPENAI GLOBAL LLC, OAI                                   :
CORPORATION, LLC, OPENAI            X
HOLDINGS. LLC,

            Defendants.



--------------------------------------------------------

### ORDER GRANTING ADMISSION OF JOSEPH C. GRATZ PRO HAC VICE

The motion of Joseph C. Gratz for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of

California, and that his contact information is as follows:

Joseph C. Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
jgratz@mofo.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC. OpenAI

Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before the Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: 3/25/2024

_____
UNITED STATES DISTRICT JUDGE