**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br>      Plaintiffs,<br><br>  v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br>      Defendants. | Case No. 1:24-cv-01514-CM-OTW<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

            Sarang V. Damle
            Latham & Watkins LLP
            1271 Avenue of the Americas
            New York, New York 10020
            Telephone: (212) 906-1200
            Facsimile: (212) 751-4864
            Email: sy.damle@lw.com

*[Signature on following page]*

Dated: March 29, 2024
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Sarang V. Damle
Sarang V. Damle
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: sy.damle@lw.com

*Attorneys for OpenAI*