UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-1514-CM-OTW<br><br>**JOINT MOTION FOR TELEPHONIC CONFERENCE** |

The parties respectfully request that the Court conduct the April 18, 2024 conference telephonically, should the conference be necessary. Many of the attorneys for the parties reside outside New York, and the parties would prefer to avoid the expense of travel. In addition, counsel for Plaintiffs who plans to conduct the conference for Plaintiffs is scheduled to attend a conference in Washington D.C. on that date.

Dated: April 10, 2024

RESPECTFULLY SUBMITTED,

/s/ Matthew V. Topic

Jonathan Loevy, *pro hac vice*
Michael Kanovitz, *pro hac vice*
Lauren Carbajal, *pro hac vice*
Stephen Stich Match (No. 5567854)
Matthew Topic, *pro hac vice*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor

- 2 -

Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com
ai@loevy.com

*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP

By: */s/ Allison L. Stillman*
LATHAM & WATKINS LLP
Joseph R. Wetzel
joseph.wetzel@lw.com
Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
alli.stillman@lw.com
Luke A. Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, and OPENAI
HOLDINGS, LLC

- 3 -

MORRISON & FOERSTER LLP

By: */s/ Allyson R. Bennett*
MORRISON & FOERSTER LLP
Joseph C. Gratz (*pro hac vice*)
JGratz@mofo.com
Vera Ranieri (*pro hac vice*)
VRanieri@mofo.com
425 Market Street
San Francisco, CA  94105
Telephone:  415.268.7000

Allyson R. Bennett (*pro hac vice*)
ABennett@mofo.com
Rose Lee (*pro hac vice*)
RoseLee@mofo.com
707 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213.892.5355

*Attorneys for Defendants*
OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC