# ⌐ LOEVY + LOEVY

April 16, 2024

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/2024

MEMO ENDORSED

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

A telephone conference has been scheduled for Thursday, April 18, 2024 at 10:45 A.M. before the Honorable Colleen McMahon, United States District Judge. Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference.

*Colleen McMahon*
4/16/2024

**RE:**  *Raw Story Media, Inc., et. al. v. OpenAI Inc., et. al.*
Case No. 1:24-cv-01514-CM

Dear Judge McMahon:

On April 12, 2024, the Court granted the parties' motion to hold the April 18, 2024 scheduling conference telephonically. The parties have not received dial-in instructions, and were informed by CourtCall that they have not received instructions from the Court to arrange for the telephonic conference. The parties respectfully request that the Court issue them instructions for conducting the telephonic scheduling conference.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Matthew V. Topic*

Matthew V. Topic, *pro hac vice*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
matt@loevy.com
ai@loevy.com

cc: Counsel for Defendants (via ECF)