## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　Defendants. | No. 1:24-cv-01514-CM |

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Rule V.D of this Court's Individual Practices and Procedures, for the reasons set forth in the accompanying memorandum, Plaintiffs respectfully move for leave to file a short sur-reply to address new arguments raised in Defendants' reply in support of their motion to dismiss.

- 2 -

/s/ Matthew Topic

Jonathan Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Lauren Carbajal (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

*Counsel for Plaintiffs*

Dated: May 23, 2024