UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | Case No. 1:24-cv-01514-CM |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (hereinafter, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports Defendants' pending Motion to Dismiss ("Motion") (Dkt. 67).

On June 3, 2024, in *The Intercept Media, Inc. v. OpenAI, Inc. et al*, No. 24-cv-01515 (S.D.N.Y.) (Rakoff, J.), the United States District Court for the Southern District of New York held a motion hearing on OpenAI's and Microsoft's motion to dismiss the complaint, attached hereto as Exhibit A, which asserted virtually identical claims based on almost identical allegations to those at issue in this case. Transcript of Oral Argument, *The Intercept Media*, No. 24-cv-01515 (attached hereto as Exhibit B). On June 6, 2024, the United States District Court for the Southern District of New York ordered the plaintiff to file an amended complaint "to rectify some of the seeming lack of specificity in its current complaint, provided it is done promptly." Order on Def's Motion to Dismiss, *The Intercept Media*, No. 24-cv-01515, Dkt. 81 (attached hereto as Exhibit C). The Court required plaintiff to file its amended complaint by June 21, 2024,

1

and permitted defendants to then file a supplemental brief in support of their motions to dismiss by July 8, 2024, stating that it "will treat defendants' already filed motions as aimed at the amended complaint." *See* Ex. C at 1.

Dated:  June 10, 2024　　　　　　　　　　　Respectfully Submitted,

By:  /s/ *Joseph R. Wetzel*

**LATHAM & WATKINS LLP**
  Andrew M. Gass (*pro hac vice*)
   andrew.gass@lw.com
  Joseph R. Wetzel
   joseph.wetzel@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: 415.391.0600

  Sarang V. Damle
   sy.damle@lw.com
  Elana Nightingale Dawson (*pro hac vice*)
   elana.nightingaledawson@lw.com
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  Telephone: 202.637.2200

  Allison L. Stillman
   alli.stillman@lw.com
  Luke A. Budiardjo
   luke.budiardjo@lw.com
  Yijun Zhong
   elaine.zhong@lw.com
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: 212.751.4864

By:  /s/ *Allyson R. Bennett*

**MORRISON & FOERSTER LLP**
  Joseph C. Gratz (*pro hac vice*)*
   jgratz@mofo.com
  Vera Ranieri (*pro hac vice*)
   vranieri@mofo.com
  425 Market Street
  San Francisco, CA 94105
  Telephone: 415.268.7522

  Allyson R. Bennett (*pro hac vice*)*
   abennett@mofo.com
  Rose S. Lee (*pro hac vice*)
   roselee@mofo.com
  707 Wilshire Boulevard, Suite 6000
  Los Angeles, CA 90017-3543
  Telephone: 213.892.5454

Eric Nikolaides
  enikolaides@mofo.com
250 W 55th Street
New York, NY 10019
Telephone: 212.468.8000

By:  /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
    rvannest@keker.com
  Paven Malhotra (*pro hac vice*)*
    pmalhotra@keker.com
  Michelle S. Ybarra (*pro hac vice*)
    mybarra@keker.com
  Nicholas S. Goldberg (*pro hac vice*)
    ngoldberg@keker.com
  Thomas E. Gorman (*pro hac vice*)
    tgorman@keker.com
  Katie Lynn Joyce (*pro hac vice*)
    kjoyce@keker.com
  R. James Slaughter *(pro hac vice)*
    rslaughter@keker.com
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: 415.391.5400

  *Attorneys for OpenAI*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.