UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | No. 1:24-cv-01514-CM |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties respectfully request that the Court enter an order endorsing the forthcoming deadlines set forth in the parties' Rule 26(f) Report (Docket No. 38), filed on April 10, 2024. The Court orally indicated at the scheduling conference that the dates were acceptable to the Court. Specifically, those deadlines are:

Completion of fact and expert discovery: December 9, 2024

Joint pretrial order: January 23, 2025

The parties also request that the Court enter an order endorsing the following specific deadlines for expert reports, which the parties had not included in their Rule 26(f) report:

October 18, 2024: opening expert reports

November 18, 2024: rebuttal expert reports.

Respectfully submitted,

*/s/ Matthew Topic*

Jonathan Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Lauren Carbajal (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

*Counsel for Plaintiffs*

Dated: June 25, 2024

Dated: June 25, 2024

Respectfully Submitted,

By: /s/ *Joseph R. Wetzel*

**LATHAM & WATKINS LLP**
   Andrew M. Gass (*pro hac vice*)
    *andrew.gass@lw.com*
   Joseph R. Wetzel
    *joseph.wetzel@lw.com*
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: 415.391.0600

   Sarang V. Damle
    *sy.damle@lw.com*
   Elana Nightingale Dawson (*pro hac vice*)
    *elana.nightingaledawson@lw.com*
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004
   Telephone: 202.637.2200

   Allison L. Stillman
    *alli.stillman@lw.com*
   Luke A. Budiardjo
    *luke.budiardjo@lw.com*
   Yijun Zhong
    *elaine.zhong@lw.com*
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.906.1200

By: /s/ *Vera Ranieri*

**MORRISON & FOERSTER LLP**
   Joseph C. Gratz (*pro hac vice*)
    *jgratz@mofo.com*
   Vera Ranieri (*pro hac vice*)
    *vranieri@mofo.com*
   425 Market Street
   San Francisco, CA 94105
   Telephone: 415.268.7000

   Allyson R. Bennett (*pro hac vice*)
    *abennett@mofo.com*
   Rose S. Lee (*pro hac vice*)
    *roselee@mofo.com*
   Erik Nikolaides
    *enikolaides@mofo.com*
   707 Wilshire Boulevard, Suite 6000

- 4 -

      Los Angeles, CA 90017-3543
      Telephone: 213.892.5200

By:  /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
    Robert A. Van Nest (*pro hac vice*)
     *rvannest@keker.com*
    Paven Malhotra
     *pmalhotra@keker.com*
    Michelle S. Ybarra (*pro hac vice*)
     *mybarra@keker.com*
    Nicholas S. Goldberg (*pro hac vice*)
     *ngoldberg@keker.com*
    Thomas E. Gorman (*pro hac vice*)
     *tgorman@keker.com*
    Katie Lynn Joyce (*pro hac vice*)
     *kjoyce@keker.com*
    R. James Slaughter (*pro hac vice*)
     *rslaughter@keker.com*
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415.391.5400

*Attorneys for Defendants Open AI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants")*