### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

RAW STORY MEDIA, INC., ALTERNET
MEDIA, INC.,

    Plaintiffs,

v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, and OPENAI
HOLDINGS, LLC,

    Defendants.

MEMO ENDORSED

No. 1:24-cv-01514-CM

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: |

## JOINT MOTION FOR SCHEDULING ORDER

The parties respectfully request that the Court enter an order endorsing the forthcoming

deadlines set forth in the parties' Rule 26(f) Report (Docket No. 38), filed on April 10, 2024. The

Court orally indicated at the scheduling conference that the dates were acceptable to the Court.

Specifically, those deadlines are:

Completion of fact and expert discovery: December 9, 2024

Joint pretrial order: January 23, 2025

The parties also request that the Court enter an order endorsing the following specific

deadlines for expert reports, which the parties had not included in their Rule 26(f) report:

October 18, 2024: opening expert reports

November 18, 2024: rebuttal expert reports.

Respectfully submitted,

*/s/ Matthew Topic*

Jonathan Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Lauren Carbajal (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Matthew Topic (*pro hac vice*)

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
carbajal@loevy.com
match@loevy.com
matt@loevy.com

*Counsel for Plaintiffs*

Dated: June 25, 2024

Dated: June 25, 2024

Respectfully Submitted,

By: /s/ *Joseph R. Wetzel*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
Joseph R. Wetzel
*joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
*alli.stillman@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
Yijun Zhong
*elaine.zhong@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

By: /s/ *Vera Ranieri*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Vera Ranieri (*pro hac vice*)
*vranieri@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Allyson R. Bennett (*pro hac vice*)
*abennett@mofo.com*
Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
Erik Nikolaides
*enikolaides@mofo.com*
707 Wilshire Boulevard, Suite 6000

- 3 -

Los Angeles, CA 90017-3543
Telephone: 213.892.5200

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 *rvannest@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
 *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
 *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
 *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
 *kjoyce@keker.com*
R. James Slaughter (*pro hac vice*)
 *rslaughter@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for Defendants Open AI, Inc.,*
*OpenAI L.P., OpenAI GP, L.L.C., OpenAI,*
*L.L.C., OpenAI OpCo, L.L.C., OpenAI*
*Global, L.L.C., OAI Corporation, L.L.C.,*
*and OpenAI Holdings, L.L.C. (collectively,*
*the "OpenAI Defendants")*