UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-01514-CM-OTW |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's pending Motion to Dismiss (Dkt. 68).

In *Andersen, et al. v. Stability AI Ltd., et al.*, No. 23-cv-00201 (N.D. Cal.), the plaintiffs alleged that several defendants "directly copied [plaintiffs' works] and used [them] as training data" for artificial intelligence models and that the "training process [for those models] is designed to remove or alter CMI from the training images" in violation of Section 1202(b)(1) of the Digital Millenium Copyright Act ("DMCA"). *See* First Amended Complaint, *Andersen*, No. 23-cv-00201, Dkt. 129 ¶¶ 245, 300, 367 (attached hereto as Exhibit 1). On August 12, 2024, the United States District Court for the Northern District of California dismissed each of the Section 1202(b)

1

claims with prejudice.  *See* Order Granting in Part and Denying in Part Motions to Dismiss First Amended Complaint, *Andersen*, No. 23-cv-00201, Dkt. 223 at 11–13 & n.13 (attached hereto as Exhibit 2).  In so doing, the Court endorsed the defendants' argument that "there can be no liability for any removal of CMI that occurred during the training process" when "the output images are [] not *identical* to the Training Images," holding that the Section 1202(b) claims failed "[b]ecause there are no allegations that any output from [the models] was identical to a plaintiff's work." *Id.*

Dated: August 22, 2024

Respectfully Submitted,

By: /s/ Elana Nightingale Dawson

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
Joseph R. Wetzel
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
  alli.stillman@lw.com
Luke A. Budiardjo
  luke.budiardjo@lw.com
Yijun Zhong
  elaine.zhong@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

By: /s/ Allyson R. Bennett

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Vera Ranieri (*pro hac vice*)
  vranieri@mofo.com
Andrew L. Perito (*pro hac vice*)
  aperito@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7522

Allyson R. Bennett (*pro hac vice*)*
  abennett@mofo.com
Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000

3

       Los Angeles, CA 90017-3543
       Telephone: 213.892.5454

       Eric Nikolaides
        *enikolaides@mofo.com*
       250 W 55th Street
       New York, NY 10019
       Telephone: 212.468.8000

By: */s/ Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
    Robert A. Van Nest (*pro hac vice*)
     *rvannest@keker.com*
    Paven Malhotra (*pro hac vice*)*
     *pmalhotra@keker.com*
    Michelle S. Ybarra (*pro hac vice*)
     *mybarra@keker.com*
    Nicholas S. Goldberg (*pro hac vice*)
     *ngoldberg@keker.com*
    Thomas E. Gorman (*pro hac vice*)
     *tgorman@keker.com*
    Katie Lynn Joyce (*pro hac vice*)
     *kjoyce@keker.com*
    R. James Slaughter *(pro hac vice)*
     *rslaughter@keker.com*
    Christopher S. Sun *(pro hac vice)*
     *csun@keker.com*
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.