

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Katie Lynn Joyce**
(415) 962-8806
kjoyce@keker.com

August 23, 2024

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Raw Story Media, Inc., et al. v. OpenAI, Inc. et al.,* Case No. 1:24-cv-01514-CM

Dear Judge McMahon:

The Parties respectfully and jointly request that the Court enter an order modifying and extending the case schedule (Dkt. No. 82), as reflected and requested in the table on the next page.

Good cause exists to modify and extend the case schedule due to ongoing discovery, including of voluminous training datasets that have posed unique challenges in production and review, which the Parties have worked diligently to resolve. The Parties also request that the Court add to the case schedule a "Substantial Completion of Fact Discovery" deadline, to ensure efficient and orderly progress in this case. Finally, the Parties request modest adjustments to the schedule to allot slightly more time between certain events (*e.g.*, opening expert reports and rebuttal expert reports), given the complexity of certain issues in this case.

The Parties have not previously requested an extension or modification of the case schedule.

The Parties appreciate the Court's consideration of their joint request to modify and extend the case schedule.

2773983

Hon. Colleen McMahon                                                                                          VIA ECF
August 23, 2024
Page 2

| Scheduled Date | Original Date | Requested Modification and/or Extension |
|---|---|---|
| *Completion of Fact and Expert Discovery* | December 9, 2024 | Substantial Completion of Fact Discovery: February 24, 2025<br><br>Completion of Fact and Expert Discovery: May 22, 2025 |
| *Opening Expert Reports* | October 18, 2024 | March 24, 2025 |
| *Rebuttal Expert Reports* | November 18, 2024 | April 28, 2025 |
| *MSJs & Daubert Motions* | January 23, 2025 | June 16, 2025 |
| *Oppositions to MSJs and Daubert Motions* | 14 days after motions served | July 11, 2025 |
| *Replies ISO of MSJs and Daubert Motions* | 5 days after oppositions served | July 25, 2025 |
| *Joint Pretrial Order* | January 23, 2025 | August 6, 2025 |

Sincerely,

KEKER, VAN NEST & PETERS LLP                                  LOVEY & LOVEY

*/s/ Katie Lynn Joyce*                                                           */s/ Matthew Topic*
Katie Lynn Joyce                                                                   Matthew Topic
Counsel for Defendants                                                         Counsel for Plaintiffs

2773983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-01514-CM<br><br>Hon. Colleen McMahon<br><br>**[PROPOSED] REVISED SCHEDULING ORDER** |

Pursuant to the Parties' joint request to modify and extend the case schedule, and good cause appearing, it is hereby ordered that the case schedule is modified as reflected in the "New Deadline" column in the table below.

| Scheduled Date | Original Deadline | New Deadline |
|---|---|---|
| *Completion of Fact and Expert Discovery* | December 9, 2024 | Substantial Completion of Fact Discovery:<br><br>February 24, 2025<br><br>Completion of Fact and Expert Discovery:<br><br>May 22, 2025 |
| *Opening Expert Reports* | October 18, 2024 | March 24, 2025 |
| *Rebuttal Expert Reports* | November 18, 2024 | April 28, 2025 |
| *MSJs & Daubert Motions* | January 23, 2025 | June 16, 2025 |

2773983

| Scheduled Date | Original Deadline | New Deadline |
|---|---|---|
| *Oppositions to MSJs and Daubert Motions* | 14 days after motions served | July 11, 2025 |
| *Replies ISO of MSJs and Daubert Motions* | 5 days after oppositions served | July 25, 2025 |
| *Joint Pretrial Order* | January 23, 2025 | August 6, 2025 |

Entered this \_\_\_\_ day of August, 2024.

**IT IS SO ORDERED.**

_____
The Honorable Colleen McMahon
UNITED STATES DISTRICT JUDGE

2773983