UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-01514-CM <br><br> Hon. Colleen McMahon <br><br> [~~PROPOSED~~] REVISED SCHEDULING ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/24

Pursuant to the Parties' joint request to modify and extend the case schedule, and good cause appearing, it is hereby ordered that the case schedule is modified as reflected in the "New Deadline" column in the table below.

| Scheduled Date | Original Deadline | New Deadline |
|---|---|---|
| *Completion of Fact and Expert Discovery* | December 9, 2024 | Substantial Completion of Fact Discovery: February 24, 2025 <br><br> Completion of Fact and Expert Discovery: May 22, 2025 |
| *Opening Expert Reports* | October 18, 2024 | March 24, 2025 |
| *Rebuttal Expert Reports* | November 18, 2024 | April 28, 2025 |
| *MSJs & Daubert Motions* | January 23, 2025 | June 16, 2025 |

2773983

| Scheduled Date | Original Deadline | New Deadline |
| --- | --- | --- |
| *Oppositions to MSJs and Daubert Motions* | 14 days after motions served | July 11, 2025 |
| *Replies ISO of MSJs and Daubert Motions* | 5 days after oppositions served | July 25, 2025 |
| *Joint Pretrial Order* | January 23, 2025 | August 6, 2025 |

Entered this 23 day of ~~August~~ September, 2024.

**IT IS SO ORDERED.**

The Honorable Colleen McMahon
UNITED STATES DISTRICT JUDGE

2773983