UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | No. 1:24-cv-01514-CM |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

As noted in Plaintiff's Reply in Support of their Motion for Leave to Amend Complaint (Jan. 21, 2025), ECF No. 127, Judge Rakoff had recently issued a bottom-line order in *The Intercept Media, Inc. v. OpenAI, Inc.*, No. 24-cv-01515 (S.D.N.Y. Nov. 22, 2024), ECF No. 122, denying OpenAI's motion to dismiss a claim under 17 U.S.C. § 1202(b)(1) based on a complaint that large mirrors Plaintiff's Proposed Amended Complaint in this case.  Judge Rakoff has now issued an Opinion and Order explaining the reasons for the decision.  That Opinion and Order is attached as Exhibit 1.

- 2 -

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jon Loevy*
Michael Kanovitz*
Stephen Stich Match (No. 5567854)
Matthew Topic*
Thomas Kayes*
Steven Art*
Kyle Wallenberg*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com

*pro hac vice

February 24, 2025