UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | No. 1:24-cv-01514-CM |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff writes to inform the Court of a recent decision against a different AI company, Meta Platforms, Inc., in which a district court denied Meta's motion to dismiss a 17 U.S.C. § 1202(b)(1) claim against it. The Court held that the plaintiffs had standing, including because "the plaintiffs allege that the CMI removal facilitated and concealed actual infringement of their copyrights," and that they plausibly alleged all their elements of their claim. Order at 1, *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417 (N.D. Cal. Mar. 7, 2025), ECF No. 471. The decision is attached as Exhibit 1.

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jon Loevy*
Michael Kanovitz*
Stephen Stich Match (No. 5567854)
Matthew Topic*
Thomas Kayes*
Steven Art*
Kyle Wallenberg*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com

*pro hac vice

March 11, 2025