UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | No. 1:24-cv-01514-CM |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs write to inform the Court of a recent decision by Judge Stein in three consolidated cases, *The New York Times Co. v. Microsoft Corp.*, No. 23-cv-11195 (S.D.N.Y.), *Daily News LP v. Microsoft Corp.*, 24-cv-03285 (S.D.N.Y.), and *The Center for Investigative Reporting, Inc. v. OpenAI*, No. 24-cv-04872 (S.D.N.Y.). Like Plaintiffs here, plaintiffs in each of those cases asserted CMI removal claims against OpenAI under 17 U.S.C. § 1202(b)(1), which OpenAI moved to dismiss. Judge Stein denied OpenAI's motions in *Daily News* and *Center for Investigative Reporting* and granted its motion without prejudice in *New York Times*. The *Center for Investigative Reporting* decision is most pertinent to Plaintiffs' pending motion for leave to amend, ECF No. 119, because the allegations in that case's operative complaint—drafted by the same counsel as here—and the arguments made in the briefing most closely resemble those in this case.[1]

---

[1] *See generally* First Amended Complaint, *The Center for Investigative Reporting, Inc. v. OpenAI, Inc.*, No. 24-cv-04872 (S.D.N.Y. Sept. 24, 2024), ECF No. 88; Memorandum of Law in Support of OpenAI Defendants' Motion to Dismiss Amended Complaint, *The Center for Investigative Reporting, Inc. v. OpenAI, Inc.*, No. 24-cv-04872 (S.D.N.Y. Oct. 14, 2024), ECF No. 100; Plaintiff's Combined Response to Defendants' Motions to Dismiss the First Amended

The bottom-line ordered is attached as Exhibit 1.  Plaintiffs will inform the Court when Judge Stein issues his full opinion.

RESPECTFULLY SUBMITTED,

/s/ Stephen Stich Match

Jon Loevy*
Michael Kanovitz*
Stephen Stich Match (No. 5567854)
Matthew Topic*
Thomas Kayes*
Steven Art*
Kyle Wallenberg*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com

*pro hac vice

March 28, 2025

---

Complaint, *The Center for Investigative Reporting, Inc. v. OpenAI, Inc.*, No. 24-cv-04872 (S.D.N.Y. Nov. 5, 2024), ECF No. 133; Reply Memorandum of Law in Further Support of OpenAI Defendants' Motion to Dismiss Amended Complaint, *The Center for Investigative Reporting, Inc. v. OpenAI, Inc.*, No. 24-cv-04872 (S.D.N.Y. Nov. 19, 2024), ECF No. 146.