UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>                          Plaintiffs,<br>      v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>                          Defendants. | Case No. 1:24-cv-01514-CM-OTW |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF OPENAI'S OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT**

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's Opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF 122).

In *Concord Music Group, Inc. et al v. Anthropic PBC*, No. 5:24-cv-03811 (N.D. Cal.), a case involving copyright infringement and DMCA claims against another generative AI company, the plaintiffs alleged that defendant Anthropic "intentionally removed or altered copyright management information from [plaintiffs'] musical compositions, and/or distributed or imported for distribution copies of [plaintiffs'] musical compositions knowing that copyright management information has been removed or altered," in violation of 17 U.S.C. § 1202(b). *See* Complaint, *Concord Music Group*, No. 5:24-cv-03811, ECF 1 ¶149 (attached hereto as Exhibit 1). On March

26, 2025, the United States District Court for the Northern District of California dismissed plaintiffs' Section 1202(b)(1) and Section 1202(b)(3) claims with leave to amend. *See* Order Granting Motion to Dismiss with Leave to Amend, *Concord Music Group*, No. 5:24-cv-03811, ECF 322 at 9-12 (attached hereto as Exhibit 2). In so doing, the Court found that plaintiffs had failed to allege "specific facts that reflect Anthropic's intentional removal of CMI or that it was on notice that CMI had been removed." *Id.* at 10. The court concluded that, although plaintiffs "plausibly allege that the output omits the CMI regarding the [w]orks, they have not sufficiently pled that Anthropic acted intentionally as to the removal of CMI." *Id.*

Dated: April 2, 2025                    Respectfully Submitted,

By: /s/ Allison S. Blanco

**LATHAM & WATKINS LLP**
andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel R. Blitzer
 rachel.blitzer@lw.com
Herman H. Yue
 herman.yue@lw.com
Michael A. David
 michael.david@lw.com
Luke A. Budiardjo
 luke.budiardjo@lw.com
Yijun Zhong
 elaine.zhong@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

Allison S. Blanco (*pro hac vice*)
allison.blanco@lw.com
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

By: */s/ Rose S. Lee*

**MORRISON & FOERSTER LLP**
  Joseph C. Gratz (*pro hac vice*)
   *jgratz@mofo.com*
  Andrew L. Perito (*pro hac vice*)
   *aperito@mofo.com*
  425 Market Street
  San Francisco, CA 94105
  Telephone: 415.268.7522

  Rose S. Lee (*pro hac vice*)
   *roselee@mofo.com*
  707 Wilshire Boulevard, Suite 6000
  Los Angeles, CA 90017-3543
  Telephone: 213.892.5454

  Carolyn M. Homer (*pro hac vice*)
   *cmhomer@mofo.com*
  2100 L Street NW
  Washington, D.C. 20037
  Telephone: 202.650.1500

  Eric Nikolaides
   *enikolaides@mofo.com*
  Emily C. Wood
   *ewood@mofo.com*
  250 W 55th Street
  New York, NY 10019
  Telephone: 212.468.8000

By: */s/ Christopher S. Sun*

**KEKER, VAN NEST & PETERS LLP**
   Robert A. Van Nest (*pro hac vice*)
    *rvannest@keker.com*
   R. James Slaughter (*pro hac vice*)
    *rslaughter@keker.com*
   Paven Malhotra
    *pmalhotra@keker.com*
   Michelle S. Ybarra (*pro hac vice*)
    *mybarra@keker.com*
   Nicholas S. Goldberg (*pro hac vice*)
    *ngoldberg@keker.com*
   Thomas E. Gorman (*pro hac vice*)
    *tgorman@keker.com*
   Katie Lynn Joyce (*pro hac vice*)
    *kjoyce@keker.com*
   Christopher S. Sun *(pro hac vice)*
    *csun@keker.com*
   Andrew S. Bruns (*pro hac vice*)
    *abruns@keker.com*
   Edward A. Bayley
    *ebayley@keker.com*
   Andrew Dawson (*pro hac vice*)
    *adawson@keker.com*
   633 Battery Street
   San Francisco, CA 94111-1809
   Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*