UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | No. 1:24-cv-01514-SHS |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, the Declaration of Stephen Stich Match, and the exhibits thereto, the undersigned hereby moves this Court on behalf of Plaintiffs Raw Story Media, Inc., and AlterNet Media, Inc. for an order granting reconsideration of the orders granting Defendants' motion to dismiss and denying Plaintiffs leave to amend their complaint, ECF Nos. 117, 137, and permitting Plaintiffs to file an amended complaint within seven days of the Court's order granting this motion.

RESPECTFULLY SUBMITTED,

<u>*/s/ Stephen Stich Match*</u>

Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Stephen Stich Match (No. 5567854)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)


LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
matt@loevy.com
match@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com

April 18, 2025