# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>    Defendants. | No. 1:24-cv-01514-SHS |

## [PROPOSED] ORDER

The *Raw Story* Plaintiffs' Motion for Reconsideration is GRANTED. The *Raw Story* Plaintiffs shall file their Proposed First Amended Complaint within seven days of this Order.

**IT IS SO ORDERED**

Dated: _____

_____
Honorable Sidney H. Stein
United States District Court Judge