UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT : <u>ORDER</u>
INFRINGEMENT LITIGATION.
 :

This Document Relates To:  All Cases :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     OpenAI's request for an adjournment of the initial case management conference scheduled for May 22 at 10:00 a.m. [Doc. No. 18] is denied. Mr. Van Nest may appear by MS Teams as long as OpenAI has an attorney in the courtroom with authority to speak on behalf of OpenAI.

Dated: New York, New York
       May 7, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.