UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
RAW STORY MEDIA, INC., ALTERNET
MEMA, INC.,

         Plaintiffs,

         v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC,

         Defendants.

------------------------------------------------------- X

No. 1:24-cv-01514-SHS

No. 1:25-md-03143-SHS

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's Opposition to Plaintiff's Motion for Reconsideration (ECF 139).

On June 5, 2025, the United States Supreme Court decided *BLOM Bank SAL v. Honickman et al.*, No. 23-1259, slip op. (U.S. June 5, 2025), a case involving the standard for relief under Federal Rule of Civil Procedure 60(b)(6) (slip opinion attached hereto as Exhibit A). In particular, the Supreme Court explained that the "text and structure of Rule 60 make clear that relief under Rule 60(b)(6) is available only in narrow circumstances," that it "provides only grounds for relief not already covered by the preceding five paragraphs" of Rule 60, and that, "even then, extraordinary circumstances must justify reopening" a final judgment, order, or proceeding.

*BLOM Bank*, slip op. at 6 (quoting *Kemp v. United States*, 596 U.S. 528, 533 (2022)).  The Court also reviewed binding Supreme Court precedent that "underscored the stringency of the 'extraordinary circumstances test,'" noting that "[t]his very strict interpretation of Rule 60(b) is essential if the finality of judgments is to be preserved."  *Id.* at 7–8 (quoting *Gonzales v. Crosby*, 545 U.S. 524, 535 (2005)).  This decision is relevant to Section III.B.2. of OpenAI's Opposition to Plaintiffs' Motion for Reconsideration, which argues that "Plaintiffs do not meet the Rule 60(b)(6) standard."  ECF 152 at 5–6.

Dated: June 6, 2025                MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
Joseph C. Gratz (*pro hac vice*)
JGratz@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Rose S. Lee
RoseLee@mofo.com
707 Wilshire Boulevard
Los Angeles, CA 90017
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Carolyn M. Homer
CMHomer@mofo.com
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone:  (202) 650-4597
Facsimile:  (202) 887-0763

Jocelyn E. Greer
JGreer@mofo.com
Emily C. Wood
EWood@mofo.com

        Eric K. Nikolaides
        ENikolaides@mofo.com
        250 W. 55th Street
        New York, NY 10019-9601
        Telephone:  (212) 468-8000
        Facsimile:  (212) 468-7900

        Attorneys for Defendants
        OPENAI, INC., OPENAI LP, OPENAI GP,
        LLC, OPENAI, LLC, OPENAI OPCO LLC,
        OPENAI GLOBAL LLC, OAI CORPORATION,
        LLC, and OPENAI HOLDINGS, LLC


Dated:  June 6, 2025        LATHAM & WATKINS LLP


        By:  */s/ Herman H. Yue*
        Andrew Gass (*pro hac vice*)
        andrew.gass@lw.com
        Joseph R. Wetzel (*pro hac vice*)
        joe.wetzel@lw.com
        505 Montgomery Street, Suite 2000
        San Francisco, CA  94111
        Telephone:  (415) 391-0600

        Sarang Damle
        sy.damle@lw.com
        Elana Nightingale Dawson (*pro hac vice*)
        elana.nightingaledawson@lw.com
        555 Eleventh Street NW, Suite 100
        Washington, DC 20004
        Telephone:  (202) 637-2200

        Allison L. Stillman
        alli.stillman@lw.com
        Rachel R. Blitzer
        rachel.blitzer@lw.com
        Herman H. Yue
        herman.yue@lw.com
        Michael A. David
        Michael.david@lw.com
        Luke Budiardjo
        luke.budiardjo@lw.com

Yijun Zhong
elaine.zhong@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Allison S. Blanco (*pro hac vice*)
allison.blanco@lw.com
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 540-1235

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP,
LLC, OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI CORPORATION,
LLC, and OPENAI HOLDINGS, LLC

Dated:  June 6, 2025	KEKER, VAN NEST & PETERS LLP

	By: */s/ Paven Malhotra*
	Robert A. Van Nest (*pro hac vice*)
	RVanNest@keker.com
	R. James Slaughter (*pro hac vice*)
	RSlaughter@keker.com
	Paven Malhotra
	PMalhotra@keker.com
	Michelle S. Ybarra (*pro hac vice*)
	MYbarra@keker.com
	Nicholas S. Goldberg (*pro hac vice*)
	NGoldberg@keker.com
	Thomas E. Gorman (*pro hac vice*)
	TGorman@keker.com
	Katie Lynn Joyce (*pro hac vice*)
	KJoyce@keker.com
	Christopher S. Sun (*pro hac vice*)
	csun@keker.com
	Andrew S. Bruns (*pro hac vice*)
	ABruns@keker.com
	Andrew Dawson (*pro hac vice*)
	ADawson@keker.com
	Edward A. Bayley (*pro hac vice*)
	EBayley@keker.com
	Sarah Salomon
	Ssalomon@keker.com
	633 Battery Street
	San Francisco, CA  94111-1809
	Telephone:  (415) 391-5400
	Facsimile:  (415) 397-7188

	Attorneys for Defendants
	OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC