UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br>This document relates to: No. 1:24-cv-01514-SHS-OTW | No. 25-md-3143 (SHS) (OTW) |

### *RAW STORY* PLAINTIFFS' NOTICE OF APPEAL

This Notice of Appeal pertains to *Raw Story Media, Inc. v. OpenAI, Inc.*, No. 24-cv-01514-SHS-OTW (S.D.N.Y.). Unless otherwise noted, all docket entries in this Notice refer to the docket entries in *Raw Story*, not the multidistrict litigation of which it is a part.[1]

Plaintiffs Raw Story Media, Inc. and AlterNet Media, Inc. hereby appeal to the Court of Appeals for the Second Circuit from the November 7, 2024 order granting Defendants' motion to dismiss and denying Plaintiffs' motion for leave to replead without prejudice (ECF No. 117); the April 3, 2025 order denying Plaintiffs' motion for leave to amend their complaint or, in the alternative, to continue taking jurisdictional discovery (ECF No. 137); the June 18, 2025 order denying Plaintiffs' April 18, 2025 motion for reconsideration (ECF No. 178); the judgment in this case; and any and all rulings, findings, and/or conclusions adverse to Plaintiffs. True and correct copies of ECF Nos. 117, 137, and 178 are attached as Exhibits 1, 2, and 3 respectively.

---

[1] Plaintiffs follow the case caption rules set forth in the MDL Court's Case Management Order. *See* Case Management Order No. 1 at 2, *In re OpenAI, Inc. Copyright Infringement Litigation*, 25-md-03143-SHS-OTW (S.D.N.Y. Apr. 30, 2025). Pursuant to directions from the Southern District of New York's Clerk's Office, Plaintiffs have filed it on the MDL docket and spread it to the *Raw Story* docket.

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jon Loevy*
Michael Kanovitz*
Matthew Topic*
Stephen Stich Match (No. 5567854)
Thomas Kayes*
Steven Art*
Kyle Wallenberg*

LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
jon@loevy.com
mike@loevy.com
match@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com

**pro hac vice*

July 16, 2025