UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | ORDER |
| | : | |
| This Document Relates To: All Cases | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the request of the Open AI defendants for oral argument on OpenAI's objection to Magistrate Judge Ona T. Wang's May 13, 2025, preservation order [MDL ECF 33] is granted. Argument will take place at the conclusion of the technology tutorial on June 26, 2025.

Dated: New York, New York
       June 20, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.