UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

   All Actions

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    OpenAI's request (Dkt. No. 884) for a temporary stay of Magistrate Judge Wang's November 24, 2025 Opinion and Order (Dkt. No. 846) is denied in light of Judge Wang's December 5, 2025 Order (Dkt. No. 910) staying the deadline for OpenAI to produce documents previously withheld on the basis of attorney-client privilege and extending the deadline for OpenAI to make its attorneys available for depositions. If OpenAI files an objection to Judge Wang's November 24, 2025 Opinion and Order (Dkt. No. 846) on December 8, 2025, plaintiffs' opposition shall be filed by December 19, 2025.

Dated: New York, New York
        December 8, 2025

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.