**MEMO ENDORSED.**

# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| 401 UNION STREET | ONE MANHATTAN WEST | 1900 AVENUE OF THE STARS |
| SUITE 3000 | NEW YORK, NY 10001-8602 | SUITE 1400 |
| SEATTLE, WA 98101-2668 | (212) 336-8330 | LOS ANGELES, CA 90067 |
| (206) 516-3880 | | (310) 789-3100 |

JUSTIN A. NELSON
DIRECT DIAL 713-653-7895

E-MAIL jnelson@susmangodfrey.com

August 4, 2025

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE:    *In re OpenAI, Inc. Copyright Infringement Litigation* (No. 1:25-md-03143) This document relates to all actions.

Dear Judge Wang:

      We write on behalf of Class Plaintiffs, Ziff Davis, and The Intercept to note those Plaintiffs' interest in the issues addressed by News Plaintiffs' motion to compel OpenAI to sample and search API data. *See* Dkt. 398. Among other things, Class Plaintiffs have interests in the API output data and the classifiers which OpenAI has used to record the types of content generated by API users. These materials are relevant to Class Plaintiffs' output claims[1] and to fair use (particularly factor four, the effect of the use on the market for the copyrighted works.) They are also relevant to *scienter* for purposes of The Intercept's and Ziff Davis's DMCA claims.

      At this time, those Plaintiffs have not moved to compel OpenAI on this issue. However, those Plaintiffs respectfully request to be included in any settlement conferences regarding these issues and will be available to answer any of the Court's questions regarding this interest in OpenAI's classifier usage, particularly as it pertains to API data, at the August 12th hearing.


By:    /s/*Justin Nelson*

Justin Nelson
**SUSMAN GODFREY LLP**

---

[1] OpenAI has filed a motion to dismiss Class Plaintiffs' output claims (which remains pending). However, and as explained above, the material would relevant in any event due to fair use factor four.

1000 Louisiana, Street, Suite 5100
Houston, TX 77002
(713) 651-9366
jnelson@susmangodfrey.com

Lacy H. ("Lance") Koonce, III
**KLARIS LAW PLLC**
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
*Attorneys for Ziff Davis*

Matt Topic
**LOEVY & LOEVY**
311 N Aberdeen St Ste 3
Chicago, IL 60607
Telephone: (312) 243-5900
matt@loevy.com
*Attorneys for The Intercept*

OpenAI is directed to meet and confer with Class Plaintiff, Ziff Davis, and The Intercept regarding this request and to file a letter reply by **12:00 p.m. Monday, August 11, 2025.**

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 8/8/2025**